```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    20cv2056 (DLC)
MELLISA TAYLOR,                       :
                                      :        ORDER AND
                           Plaintiff, :    NOTICE OF INITIAL
               -v-                    :    PRETRIAL CONFERENCE
                                      :
URBAN OUTFITTERS, INC., CARLOS (last  :
name unknown), and RYAN (last name    :
unknown),                             :
                          Defendants. :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons set forth in the April 2, 2020 letter from counsel for the defendants and with consent of counsel for the plaintiff, it is hereby

ORDERED that defendant's deadline to answer, move, or otherwise respond to the complaint is extended to **May 1, 2020**.

IT IS FURTHER ORDERED that counsel for all parties are directed to appear for an initial pretrial conference with the Court on **August 14, 2020** at **10 a.m.** in Courtroom 18B, 500 Pearl Street. Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at Fed.R.Civ.P. 16 conference, and to prepare a detailed written proposed schedule for any motions and discovery. Prior to the date of the conference, all parties must send the Court one copy of all pleadings.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgments Clerk at the following e-mail address: judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

Requests for adjournment shall be made no later than two business days before the conference and shall be made in a letter filed on ECF in accordance with the S.D.N.Y. "Electronic Case Filing Rules and Instructions." The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

Dated: New York, New York
April 6, 2020

_____
DENISE COTE
United States District Judge