```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
MELLISA TAYLOR,                           :
                                          :
                        Plaintiff,        :     20cv2056 (DLC)
            -v-                           :
                                          :          ORDER
URBAN OUTFITTERS, INC., CARLOS (last      :
name unknown), and RYAN (last name        :
unknown),                                 :
                                          :
                                          :
                        Defendants.       :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the initial pretrial conference scheduled for August 14, 2020 at 10:00 a.m. is converted to a telephone conference. The parties shall use the following dial-in credentials for the telephone conference:

         Dial-in:       888-363-4749
         Access code:   4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         July 29, 2020

                                      _____
                                        DENISE COTE
                                      United States District Judge