

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107

July 30, 2020

**VIA ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 11722

**MEMO ENDORSED**

Re: **Mellisa Taylor v. Urban Outfitters, Inc., et al.,
Docket No. 20-cv-02056 (DLC)**

Your Honor:

This office represents Plaintiff, Mellisa Taylor, in the above-referenced action. Plaintiff writes to respectfully request an adjournment of the telephonic Initial Pretrial Conference currently scheduled for August 14, 2020, at 10:00 am. Defendants consent to this request. This is Plaintiff's first request to adjourn the Initial Pretrial Conference. The parties have conferred and are available on September 3 or 4, 2020, or at any other dates and times convenient to the Court following September 4, 2020. The reason for this adjournment request is that the undersigned has scheduled a mediation in another matter (*Jessica Bhulai v. MM Hotel Management LLC d/b/a The Garden City Hotel*; Eastern District of New York; Docket No. 19-cv-5743) on August 14, 2020.

Accordingly, Plaintiff respectfully requests that the Court adjourn the Initial Pretrial Conference from August 14, 2020, to September 3 or 4, 2020, or at any other dates and times convenient to the Court following September 4, 2020.

Plaintiff thanks the Court for its time and consideration of the herein request.

Respectfully submitted,

_____/s/_____
Joshua M. Friedman, Esq.

To:   All counsel of record (Via ECF)

Granted. The telephonic initial pretrial conference is adjourned to **September 4, 2020** at **1:00 p.m.**  7.30.2020.

_____
DENISE COTE
United States District Judge