```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MELLISA TAYLOR,                          :      20cv2056(DLC)
                                         :
                      Plaintiff,         :      ORDER OF
            -v-                          :      DISCONTINUANCE
                                         :
URBAN OUTFITTERS, INC., CARLOS (last     :
name unknown), and RYAN (last name       :
unknown),                                :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 28, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York  
         August 28, 2020

                                                  _____  
                                                      DENISE COTE  
                                           United States District Judge